No. 87–7238. MARTIN v. SHUGHART ET AL., *ante*, p. 870. Petition for rehearing denied. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

NOVEMBER 14, 1988

No. 88–34. ROVEDA ET UX. v. HUGHES AIRCRAFT CO. ET AL. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.

No. 88–534. SHOULDERS ET AL. v. MCCRACKEN COUNTY, KENTUCKY, ET AL. Appeal from Sup. Ct. Ky. Motion of appellees for award of costs denied. Appeal dismissed for want of substantial federal question.

No. 88–560. MITAN v. MITAN. Appeal from Ct. App. Mich. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5510. BARTA v. TEXAS. Appeal from 227th Jud. Dist. Ct. Tex., Bexar County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5549. MARTIN v. C. ITOH & CO. (AMERICA), INC., ET AL. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5642. ROWE v. DEPARTMENT OF THE ARMY. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 88–5643. ROWE v. DEPARTMENT OF THE ARMY. Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 86–1593. SHELL OIL CO. v. DEPARTMENT OF REVENUE OF FLORIDA. Appeal from Sup. Ct. Fla. Judgment vacated and